# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-4117 ABC (JEMx) | Date | July 31, 2014 |
|---|---|---|---|
| Title | Sanrio, Inc. -vs- Luxy Accessory, Inc., et al. | | |

| Present: The Honorable | **AUDREY B. COLLINS, UNITED STATES DISTRICT JUDGE** |
|---|---|

| A. Bridges | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**       **(IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

   IT IS ORDERED that plaintiff's counsel show cause in writing not later than **August 8, 2014**, why this action should not be dismissed for lack of prosecution as to defendants Luxy Accessory, Inc. And Hyun Sook Kim.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local 78-1, no oral argument will be heard on this matter unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of plaintiff's response.  The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

_____ Proof of service of summons and complaint on defendants
_____ or plaintiff(s)' request for entry of default

√   Answer by defendants  Luxy Accessory, Inc. And Hyun Sook Kim or plaintiff(s)' request for entry of default;

_____ Plaintiff(s)' motion for entry of default judgment or request to the Clerk for entry of default judgment;

_____     Stipulation and Order extending time to respond to complaint.

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

_____ : _____

Initials of Preparer            AB